IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-01901-DDD-CYC

JOSE ANTONIO HERNANDEZ-NUNEZ,

     Petitioner,

v.

JUAN BALTAZAR, Warden of the Denver Contract Detention Facility, Aurora, Colorado,
in his official capacity;
GEORGE VALDEZ, Field Office Director, Denver Field Office, U.S. Immigration and
Customs Enforcement, in his official capacity;
MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security, in his
official capacity;
DAVID J. VENTURELLA, Acting Director of Immigration and Customs Enforcement, in
his official capacity; and
TODD BLANCHE, Acting Attorney General, U.S. Department of Justice, in his official
capacity,

     Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and
pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, filed
June 29, 2026, and the Order, entered July 17, 2026 by the Honorable Daniel D.
Domenico, Chief United States District Judge, and incorporated herein by reference as
if fully set forth, it is hereby

ORDERED that the Petition for Writ of Habeas Corpus is DISMISSED WITHOUT
PREJUDICE.

DATED at Denver, Colorado this 17th day of July, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


*s/ Robert R. Keech*

Robert R. Keech,
Deputy Clerk